EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAROLY KOLETAR,<br><br>    Plaintiff,<br><br>v.<br><br>MEGAN BRENNAN, POSTMASTER GENERAL,<br><br>    Defendant. | No. CV 16-2332 TJH (JPRx)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [JS-6]** |

/ / /

/ / /

IT IS SO ORDERED that Plaintiff's Complaint is hereby dismissed without prejudice pursuant to the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: November 18, 2016

*[signature: Terry J. Hatter, Jr.]*

Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant